UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 17-00103 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| DONALD W. MALRAY | MAGISTRATE JUDGE HORNSBY |

## ORDER

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant's guilty plea is accepted, and the court hereby adjudges Defendant guilty of the offense charged in Count 1 of the Indictment.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 8th day of September, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE